UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL NAPS, INC., GLOBAL NAPS NEW HAMPSHIRE, INC., GLOBAL NAPS NETWORKS, INC., GLOBAL NAPS REALTY, INC., and FERROUS MINER HOLDINGS, LTD.,<br><br>Defendants,<br><br>and<br><br>CONVERGENT NETWORKS, INC. and FRANK T. GANGI,<br><br>Reach and Apply Defendants. | MBD No. 1:08-MC-12052-NMG |

**PLAINTIFF'S RESPONSE TO THE REACH AND APPLY DEFENDANTS' MOTION TO FILE SUPPLEMENTAL MEMORANDUM**

Plaintiff The Southern New England Telephone Company ("SNET"), hereby submits its response to the motion to file a supplemental memorandum submitted by Convergent Networks, Inc. and Frank T. Gangi (the "Reach and Apply Defendants").

This action arises out of SNET's efforts to collect a judgment entered by the Connecticut district court as a sanction for the reprehensible conduct of the defendants, corporate entities owned and controlled by Frank T. Gangi. In their response to SNET's motion for a preliminary injunction, the Reach and Apply Defendants suggested this Court should pay little attention to the Connecticut district court's ruling because "as pointed out in the defendant's memorandum in

1

#771099

support of their motion for reconsideration . . . the findings in that case . . . were flawed." In their motion for leave to file a supplemental memorandum, the Reach and Apply Defendants make a similar argument, suggesting that SNET is unlikely to succeed on the merits because the Connecticut district court erroneously denied defendants' motions to dismiss for lack of subject matter jurisdiction and motions to dismiss for lack of personal jurisdiction.

SNET submits that the fact that it *already* has succeeded on the merits of these issues – *i.e.*, the Connecticut district court rejected each of the defendants' arguments and entered a final judgment in SNET's favor – is sufficient to demonstrate SNET's likelihood of success. SNET further respectfully suggests that while the Second Circuit will review the Connecticut district court's orders, this Court should not second-guess those decisions. In any event, should this Court decide to delve into the merits of the issues raised in the various motions filed by the defendants in the Connecticut case, which motions the Reach and Apply Defendants have attached to their memoranda, SNET submits herewith the Connecticut district court orders cogently and correctly denying those motions.

In particular, Exhibit A hereto is a copy of the Connecticut district court's decision denying defendants' motion for reconsideration of the court's entry of a default judgment; Exhibit B hereto is a copy of the Connecticut district court's decision denying defendants' motion to dismiss for lack of subject matter jurisdiction; and Exhibit C hereto is a copy of the Connecticut district court's decision denying the "alter ego defendants'" motion to dismiss for lack of personal jurisdiction. Also, attached hereto as Exhibit D is a copy of Judge Zobel's December 18 order granting a preliminary injunction against various parties, including Frank Gangi.

                                      Respectfully submitted,

                                      THE SOUTHERN NEW ENGLAND
                                      TELEPHONE COMPANY,

                                      By and through its attorneys,


                                              */s/ Asha A. Awad*
                                      Asha A. Awad (BBO# 670681)
                                      Hinckley, Allen & Snyder LLP
                                      28 State Street
                                      Boston, MA 02100-1775
                                      Tel (617) 345-9000
                                      Fax (617) 345-9020


Dated: December 19, 2008

3

#771099

## CERTIFICATE OF SERVICE

     I hereby certify that on this 19th day of December, 2008, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                  /s/ *Asha A. Awad*

#770585